# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDRICK TERENCE HARVEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID CORONADO, et al.,<br><br>　　　　　Defendants. | Case No. EDCV 11-1176-AG (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has filed Objections, and the Court has engaged in a de novo review of those portions of the Report and Recommendation to which Plaintiff has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

　　　　IT IS HEREBY ORDERED that: (1) the Motion for Summary Judgment be granted as to Plaintiff's claims that the initial stop, arrest, search of Plaintiff's person, vehicle impoundment, and cell phone search were unconstitutional; (2) the Motion for Summary

///
///
///

Judgment be denied as to Plaintiff's claim that the vehicle search was unconstitutional; and (3) Plaintiff's requests for leave to amend the pleadings be denied.

DATED:  March 31, 2013

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE